UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Pornchai Moontri

       v.                             Civil No. 06-cv-122-SM

Warden, Maine State Prison, et al

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 19, 2006, for the reasons set forth therein.  The petition for a writ of habeas corpus is hereby dismissed.

    SO ORDERED.

July 14, 2006                                    _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:    Pornchai Moontri, pro se